**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| AMADOU LY, | : | Case No. 1:26-cv-262 |
| | : | |
| *Petitioner*, | : | |
| | : | |
| vs. | : | Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| KEVIN RAYCRAFT, Acting Field Office | : | |
| Director, Enforcement and Removal | : | |
| Operations Detroit, U.S. Immigration and | : | |
| Customs Enforcement, Department of | : | |
| Homeland Security, | : | |
| | : | |
| *Respondent*. | : | |

**ORDER**

Petitioner Amadou Ly brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondent shall neither remove Ly from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United

---

[1] The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondent.

States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The

Clerk is further **DIRECTED** to (2) promptly note proof of such service on the docket.

Counsel for Respondent shall promptly file a notice of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed

scheduling order no later than March 23, 2026.

**IT IS SO ORDERED.**

March 13, 2026

Jeffery P. Hopkins
United States District Judge

2